Good morning. My name is Pierce Thorne, and I was happy to share this episode with you. I'm so excited to be here as well. I hope you have a year in your life filled with joy. The Supercell has partnered with Transcend, which brings you some awful profits, Brandon Clark, because you're stucky on your box. The Supercell's injuries are great, and we're doing great. The Supercells spend money on their tools and products, and they're quick on the upgrade decisions. One night, the Supercell remade its purchases, and gave you a chain of transactions. Remember, you can get a lot more information at Transcend.com. Thank you, Pierce, for having this time to help me. I appreciate it. I hope you have a good time. I'll talk to you at 3 p.m. I'm sure we'll meet again. Take care. I'll miss you. Bye-bye. Section 127-60 of the Health Insurance Act provides that it is unlawful for any person to manufacture, sell, deliver, hold, or offer for sale to any business, Brandon. Section 127-70 provides that it is unlawful for any person to receive, commerce, any goods, business, Brandon, or to deliver or offer for delivery to any such business. This issue applies to anyone who buys this brand. Section 3-6 just clarifies that it is unlawful to buy other stuff when you treat it as a consumer. It's a driver's business, and it would also be unlawful for you to get a fraud. That's not correct. We are in Section 3-6. Section 3-6 is a fraud. Remember, the name of the fraud comp, do you see on the meter, is the name unlawful comp. Do you see it? Fraud comp is the word in the section. It reminds us of a name. Fraud comp would apply to all consumers, but in Section 3, the sections that are listed are strictly licensed sections. I don't know if there are any that are unlawful or any that are unlawful. We don't know. But in this case, it does apply. These are strictly licensed sections. There's no requirement to purchase or execute these sections. There's no exemption for consumers. In part, the U.L. Tribune has decided in their brief that it is supporting all of Section 127 systems and suggests that the source to arrest, prosecute, and broke all of the sections that are described in the brief. That's on page 40 of our opening brief. Under Sections 111 and 25, by a decision to prosecute them, by a sentence of up to one year, they can be charged a fine of up to $1,000 for whether or not they've been sequestered and prosecuted. This results in a free interest to be compliant with the U.S. Constitutional law and avoiding any legal transactions, as to which the California Court of Appeals has said. The question that must be answered is whether a reasonable person will find it important to determine whether to purchase a product that it is lawful to sell or possess as a product. It requires no strategy to conclude that the operator took a stance. We assume that a reasonable person will not know of the demand that comes out of a lot of it and decide whether to, quote, sell or buy on the basis which we bring to you. If you do go out and make a transaction, you do not have the time or product to file a suit against yourself. Free interest to avoid unknowingly filing a California criminal statute. In this literature, they may not suffer arrest or prosecution to achieve arbitrary spending. In my own sentence, some of them are okay with it, but they should be made clear that arbitrary spending arises at the time of the unlawful transaction, not in the future, if and when the plaintiff suffers all possible injuries. A spokeman may explain that the issue may not be tangible. To be concrete, it may be only factual and may not have a definite conclusion to the theory of injury on its own. It is injured because he purchased it, or because he refused to purchase it. For example, a criminal person will realize that he purchases products that he considers unlawful and will declare it to the court. In other words, that person is not going to be deterred from fear of violating the law since he's found out that the products are not spread between the dealing with the subject and that it is unlawful in that instance, and he suffers the consequences for his crimes. In other words, he says, well, I'm going to receive the insurance and I'm going to make sure that he suffers the consequences for his products. Yes. So, in other words, it's not so easy to hear these kinds of discussions in the community. What's important here is for many of us as advocates to understand that many of our problems are all natural even if they're not lawful. Well, these need to stop for many different reasons. First, these are as they contain undisclosed chemical preservatives. Second, he found out that they were misbranded. Does that answer your question? It does. What? It's two different things. It is. It is. It is. It is. It is. It is. It is. It is.  It is. It is. There are many different ways to describe the problems. In this case the misbranding is successful. But the difference is that a lot of the problems you see require an assumption of reliance and often the public just ignores them. The case in the country includes the disclosure of these fragments because the by-laws in the SEC do not limit the decision makers on the decision makers in the future. It is to be clear in this case we are not complaining about the misuse of evidence. We are complaining about synthetic preservatives manufactured in factories around the world. I recommend to you reading Dr. Kurt Long's report ER 735-7482. These were evidence of synthetic use in car supplies resulting in misuse and violence in the United Kingdom. I'm not impressed by Dr. Long's details of the manufacturing process in the United   recommend to you reading Dr. Kurt Long's report ER 735-7482. These were evidence of synthetic use in the United Kingdom. I'm not impressed by Dr. Kurt Long's details     the United Kingdom. I'm not impressed by Dr. Kurt Long's report  Kingdom.  not impressed by Dr. Kurt Long's report ER 735-7482. These were evidence of synthetic use in the United Kingdom.  not impressed Kingdom. I'm not impressed  Dr. Kurt Long's report  Kingdom.  not impressed Dr. Kurt  not   Kurt Long's report ER 735-7482. These were evidence of synthetic use in the United Kingdom. I'm not  Dr. Kurt impressed Dr. Kurt Long's  ER report ER 735-7482. These  evidence I'm not  Dr. Kurt Long's report ER 735-7482. These were  of  Dr.  Long's report ER 735-7482. 735-7482. These were  of synthetic  in    I'm not impressed Dr. Kurt Long's report ER 735-7482. These were evidence of synthetic use in the             of synthetic in the United Kingdom. were of synthetic in the ER 735-7482. These were  synthetic in  were synthetic in the United Kingdom. I'm   Dr.  Long's report ER 735-7482. These were synthetic in the United Kingdom. I'm not impressed Dr. Kurt Long's  ER 735-7482. These were     Kingdom. I'm not   report ER 735-7482. These  synthetic in the United   Dr. Kurt Long's  ER 735-7482. These  in
judges: W. Fletcher, Christen, Friedland